IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARTHUR PAUL MARTIN,

      Petitioner,

vs.                                                     No. 23-cv-675-KWR-GBW

ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO
and FNU STEPHENSON,

      Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on Magistrate Judge Gregory B. Wormuth's September 13, 2024, Proposed Findings and Recommended Disposition ("PFRD"). *Doc. 15*. In that PFRD, Judge Wormuth recommends that the Court dismiss Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (*doc. 3*) as time barred. Judge Wormuth notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD and that failure to do so would waive appellate review. *Doc. 15* at 7. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Wormuth's findings and recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 15*) is adopted.

**IT IS FURTHER ORDERED** that Plaintiff's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (*doc. 3*) is **DENIED**.

/S/
_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE